ORDER
PER CURIAM:
On November 5, 2001, the appellant, through counsel, submitted a motion, pursuant to Rule 27 of the Court’s Rules of Practice and Procedure (Rules), to vacate an October 17, 1997, decision of the Board of Veterans’ Appeals and remand the matter pursuant to Holliday v. Principi, 14 Vet.App. 280, 290 (2001) (remanding rating-increase claim for readjudication due to enactment of Veterans Claims Assistance Act of 2000, Pub.L. No. 106-475, 114 Stat. 2096 (Nov. 9, 2000)). On December 7, 2001, the Secretary submitted a motion for leave to file out of time a motion for an extension of time to respond to the appellant’s motion. On that same date, the Secretary also submitted a motion for an extension of time, until January 7, 2002, to file a response. On January 4, 2002, the Secretary submitted a motion for an extension of time, until February 8, 2002, to file a response. On February 8, 2002, the Secretary submitted a response to the appellant’s November 5, 2001, motion. On February 15, 2002, the Court ordered the appellant to explain why the Court should not reject for filing, due to unreasonable delay, his November 5, 2001, motion to remand and allowed the Secretary to file a reply to the appellant’s response. Kuzma v. Principi, 15 Vet.App. 429, 431 (2002) (en banc order). On February 25, 2002, the appellant responded. The Secretary has not replied.
Upon consideration of the foregoing, it is
ORDERED that the appellant’s November 5, 2001, motion to remand the matter is accepted for filing as of the date that it was submitted. It is further
ORDERED that the Secretary’s December 7, 2001, and January 4, 2002, motions are granted. The Secretary’s February 8, 2002, response is accepted for filing as of the date that it was submitted.